E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    Email:  mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY ISIDORO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-04379-ADS<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

-2-

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   12/06/2023                     /s/ Autumn D. Spaeth
                                        HON. AUTUMN D. SPAETH
                                        UNITED STATES MAGISTRATE JUDGE